```
JULIE M. MCCOY, Bar no. 129640
485 E. 17TH ST.  SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>LAVONZELL L. CLARK, AKA<br><br>LAVONZELL JOHNSON,<br><br>         Defendant | No. CV A 08-7649<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Lavonzell L. Clark, aka Lavonzell Johnson, in the principal amount of $2,500.00 plus interest accrued to October 21, 2008, in the sum of $4,921.17; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$7,421.17**.

DATED: 11/25/2008          By: _TERRY NAFSI_____
                               Clerk of the Court

                               _A. KANNIKE_____
                               Deputy Clerk
                               United States District Court

Page 5